UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-82168-AHS

JOHN MORALES,

        Plaintiff,

vs.

PUBLIC STORAGE.

        Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that the parties have reached an amicable resolution in principle of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties memorialize their agreement into writing and prepare to file a joint stipulation of dismissal with prejudice within fourteen (14) days of the filing of this Notice of Settlement.

    Dated this 15th day of February, 2022.

Respectfully Submitted,

                                    */s/ Alberto R. Leal*.
                                    Alberto R. Leal, Esq., P.A.
                                    Florida Bar No.: 1002345
                                    E-Mail: albertolealesq@gmail.com
                                    8927 Hypoluxo Rd. #157
                                    Lake Worth, FL 33467
                                    Phone: 954-637-1868
                                    Attorney for Plaintiff