**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:21-cv-82168-AHS**

JOHN MORALES,

    Plaintiff,

vs.

PUBLIC STORAGE,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, John Morales, and Defendant, Public Storage (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the voluntary dismissal of this action with prejudice, with each party to bear his/its attorneys' fees and costs in accordance with the terms of the Parties' Settlement Agreement.

| | |
|---|---|
| **Dated**: February 22, 2022 | Respectfully Submitted, |
| **THE LEAL LAW FIRM**<br>8729 Hypoluxo Rd., Suite #157<br>Lake Worth, Florida 33467<br>Telephone: 561-237-2740 | **Lewis, Brisbois, Bisgaard & Smith, LLP**<br>110 Southeast 6th Street, Suite 2600<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 728-1280<br>Facsimile: (954) 728-1282 |
| */s/ Alberto R. Leal*<br>Alberto R. Leal, Esq. (FBN 1002345)<br>al@thelealfirm.com | */s/Jonathan A. Beckerman*<br>Jonathan A. Beckerman, Esq. (FBN 568252)<br>Jonathan.Beckerman@lewisbrisbois.com |
| Counsel for Plaintiff<br>JOHN MORALES | Counsel for Defendant<br>PUBLIC STORAGE |

4873-8432-6928.1